AO 91 (Rev. 11/11)  Criminal Complaint

AUSA: Diane Princ  Telephone: (313) 226-9100
Task Force Officer: Wallace Richards  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Tyrik Milliner

Case No.

Case: 2:24−mj−30473
Assigned To : Unassigned
Assign. Date : 11/1/2024
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Wallace Richards, Task Force Officer-ATF
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 1, 2024__

_____
Judge's signature

City and state: __Detroit, Michigan__   Hon. David R. Grand, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer Wallace Richards, being duly sworn, do hereby state the following:

## I. INTRODUCTION AND AGENT BACKGROUND

1.      I am a Detective with the Detroit Police Department (DPD) and have been a member of the Detroit Police Department since April 2014. I became a member of the Detroit Police Department's Firearms Investigative Team (FIT) since August 2024. FIT is a Federal partnership between the Detroit Police Department and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). During my experience as a Detroit Police Detective and a Task Force Officer, I have investigated numerous firearm cases, including but not limited to felon in possession of firearm.

2.      I make this affidavit from personal knowledge based on my participation in this investigation. The information comes from witnesses interviewed by law enforcement, communication with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3.      This affidavit is for the limited purpose of establishing probable cause that Tyrik MILLINER (Black Male, DOB: XX/XX/1998) has violated 18 U.S.C. § 922(g)(1), felon in possession of a firearm, and does not contain all details or facts known to law enforcement.

## II. PROBABLE CAUSE

4. I reviewed a computerized criminal history on the Law Enforcement Information Network (LEIN) for MILLINER, which revealed the following convictions:

    a) On August 18, 2015, MILLINER plead guilty to felony unarmed robbery in Wayne County's Third Circuit Court and was sentenced to two years in prison.

    b) On April 18, 2022, MILLINER pled guilty to weapons- carrying concealed in Wayne County's Third Circuit Court and was sentenced to two years of probation.

5. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of MILLINER's convictions, and the time he has spent incarcerated as a result of those convictions, there is probable cause to believe that MILLINER is aware of his status as a convicted felon.

6. At approximately 4:00 a.m. on October 19, 2024, officers from the Detroit Police Department (DPD) were dispatched to 1XXX5 Marlowe Street in Detroit for a "shot spotter" police run. Officers arrived at 1XXX5 Marlowe and spoke with and MILLINER. MILLINER stated someone was trying to break inside the rear of 1XXX5 Marlowe Street and he (MILLINER) fired three shots from a

.38 caliber revolver out the rear window. MILLINER stated that he was a felon, was not supposed to be around guns, and was squatting at 1XXX5 Marlowe Street. MILLINER advised DPD Officers that the gun was located inside the residence and gave officers verbal consent to search the residence.

7. DPD officers searched the residence and recovered a Smith and Wesson .38 caliber revolver, serial number 12807, from a black crate that still contained five live rounds in the cylinder.

8. DPD Officer's searched the upstairs and observed multiple live rounds of ammunition around a room and next to a mirror that was blocking a door. Officers cracked open the door behind the mirror and observed a disassembled PS90 firearm. Officers entered the room and recovered the upper and lower receiver from the disassembled PS90 firearm. Officers reattached the lower and upper receiver of the firearm.

9. Officer's continued searching the room and recovered a magazine under some debris that belonged to the PS90 firearm.

10. The firearm recovered was a black FN PS90, caliber 5.7x28mm, serial number FN080157. The firearm was also queried through LEIN, which revealed the firearm was reported stolen on September 26, 2019, reported out of the City of Livonia.

11. On October 31, 2024, TFO Richards contacted ATF Interstate Nexus Expert Special Agent (SA) Joshua Mclean and provided a verbal description of the

FN PS90, 5.7x28mm caliber, and the .38 Smith & Wesson, serial number 12807 recovered by Detroit Police Officers from 1XXX5 Marlowe Street on October 19, 2024. S/A Joshua Mclean advised the firearms were manufactured outside of the State of Michigan, and therefore had traveled in and affected interstate commerce.

### III. CONCLUSION

12. I respectfully submit that there is probable cause to believe Tyrik MILLINER (DOB: XX/XX/1998), a convicted felon aware of his felony convictions, did knowingly and internationally possess two firearms, a FN PS90, 5.7x28mm pistol, and a .38 Smith & Wesson revolver, said both firearms having affected interstate commerce, in violation of 18U.S.C. 922(g)(1) (Felon In Possession of a Firearm).

Respectfully Submitted,

_____
Wallace Richards
Task Force Officer, ATF

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Date: November 1, 2024